OPINION — AG — QUESTION: CAN THE OKLAHOMA PLANNING AND RESOUCES BOARD BE AUTHORIZED TO EXPEND PUBLIC FUNDS FOR THE BEAUTIFICATION AND MAINTENANCE OF THE CEMETERY OWNED AND OPERATED BY THE OLD BOGGY DEPOT CEMETERY ASSOCIATION ? — NEGATIVE (PUBLIC FUNDS FOR PRIVATE INDIVIDUALS, OR PRIVATE CORPORATIONS) CITE: 74 O.S. 351 [74-351], 74 O.S. 356.1 [74-356.1] (PRIVATE USE) (RICHARD M. HUFF)